17CV718

FILED AUG - 7 2017

DEAR CLERK

I AM DOING TIME AT MAURY PRISON 506 MAURY 28554 AND THE PROGRAMS THAT THE STAFF WORK IN OFFICES TO HELP INMATES STAFF IS NOT IN THERE OFFICES MONDAY HHU FRIDAY THERE NAMES ARE MRS C STREET MRS BOYID MRS GALLERWAY SARGENT NOBAL AND OTHER SARGENTS MRS SHIRLEY M MOOR = MR FUTRAL THEY HAVE MY LOCK UP ON INVESTIGATION I DID NOTING

OF A PREA CHARGE ON NO INMATE THE SARGENT AS THE INMATE DID HE WANT TO PRESS CHARGES HE WROTE A STATEMENT AND THE SARGET LOCK ME UP MY HEARING WAS JULY 25 217 THE DID NOT COME FROM RAleigh OR here to 9IVE ME A HEARING NEATHER DID THEY 9IVE ME A OFFICES STAFF TO INVESTI9ATIE THE STATEMENT THE INMATE made THE IS REFUSE TO HEIP ME Programs AND Raleigh

Look clerk I am a State Prisoner I can't get any office staff here to do my Legal work MY NAME FREDDIE THOMPSON FROM CHAPEL HILL N.C. ORANGE COUNTY

JUDGES NAME AT MY TRAIL

= JUDGE MARSH D. MCLANE

LAWYERS NAME == KEN KUCK = LARRY OSBONE == VICTOMS NAME STEPAINE GATTIS DARTHER HER MOTHERS NAME MRS LINDA GATTIS ==

CHARGE 1 = KIDNAPPING 2 = SEXURAL
RApe was not on a 9 year old child They say
OFFENCE TRAIL IN HILLSBOUGHRO IN 1983 CRS I WAS GIVON 2 LIFE SENTENCES. AND 9 YEARS PROLE PROLE DATE 2023 FILING FREE I CANT PAY THE

I dont no any thing about the Law we HAve socail workers Here wont help

MONEY TELL I GET OUT OF PRISON

MY BOSS MAN NAME AND ADDRESS

NAME IS MR RAY BUTLER

301 PADGETTE LANE CARRBORO

N.C. 27510     PHONE 942-4447

MY CONPLAINT IS BEING HERE AT MAURY MENTAL HEALTH AND THERE REFUSEING TO TRAINSFER ME CLOSE TO MY HOME RALEIGH AREA I WAS GIVON TIME AS A MENTAL INMATE BY THE COURT